# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

DAVID CARL BREEDLOVE and
KELLIE MICHELLE BREEDLOVE,

      Debtors


SCIENCE CARE, INC., an Arizona
corporation,

      Plaintiff,

v.

DAVID CARL BREEDLOVE and
KELLIE MICHELLE BREEDLOVE,
husband and wife,

      Defendants.

Case No. 11-15459 SAH

Chapter 7


Adversary No. 12-01002

## JOINT STIPULATION TO DISMISS NON-DISCHARGEABILITY COMPLAINT

## WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable by Federal Rule of Bankruptcy Procedure 7041, Plaintiff Science Care, Inc. ("SCI") and Defendants David and Kellie Breedlove ("Defendants") hereby stipulate to the dismissal, without prejudice, of all claims in this action alleged by SCI against said Defendants.

s/ L. Win Holbrook
L. Win Holbrook, OBA #4284
ANDREWS DAVIS, PC
100 North Broadway, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 235-8735
wholbrook@andrewsdavis.com

819828

s/ Gary D. Hammond
Gary D. Hammond, OBA #13825
MITCHELL HAMMOND
512 N.W. 12th Street
Oklahoma City, OK 73103
Telephone: (405) 216-0007
Facsimile:  (405) 232-6358
gary@okatty.com

Sciencecare\Breedlove\JointStipulationDismissal-REVISED-FINAL

819828

2